RECEIVED

NOV 2 2 2011

TONY R. MOORE, CLERK
BY_____
    DEPUTY

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CAROL DUNN | : | CIVIL ACTION NO. 10-0828 |
| VS. | : | JUDGE DONALD E. WALTER |
| CHASE HOME FINANCE, LLC | : | MAG. JUDGE KAREN L. HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, *indicating π's wish to pursue the matter* together with the written objections thereto filed with this Court, and, after a de novo review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED** that plaintiff's complaint is hereby **STRICKEN**, and the matter **DISMISSED**. Fed.R.Civ.P. 12(e) and 41(b).

SHREVEPORT, LOUISIANA, this 21 day of November 2011.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE